UNITED STATES DISTRICT COURT FOR THE

SOUTHERN DISTRICT OF TEXAS

LAREDO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | L-12-CR-1110 |
| | § | |
| LAZARO YUCED VELIZ | § | |

**NOTICE OF ADMISSION OF CERTIFIED DOMESTIC RECORD
OF REGULARLY CONDUCTED ACTIVITY**

COMES NOW the United States of America, by and through its United States Attorney for the Southern District of Texas and Sonah Lee, Assistant United States Attorney, and gives notice that the United States intends to offer into evidence records obtained from JP Morgan Chase Bank, N.A.

The following attached records are the duplicates of originals of a domestic record of regularly conducted activity from JP Morgan Chase Bank, N.A., otherwise admissible under Rule 803(6), the business records exception to hearsay. The attached records from JP Morgan Chase Bank, N.A. were generated/prepared at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters. The records were kept in the course of the regularly conducted business of JP Morgan Chase Bank, N.A. It was in the regular course and practice of the business of JP Morgan Chase Bank, N.A. for an employee or representative of JP Morgan Chase Bank, N.A., to make the record or transmit the information thereof to be included in the records. Attached is the affidavit from William R. Wold, Custodian of Records for JP Morgan Chase Bank, N.A.

WHEREFORE, PREMISES CONSIDERED, the government hereby gives notice, pursuant to Rule 902 (11), of its intention to offer into evidence the attached records.

Respectfully submitted,


KENNETH MAGIDSON
UNITED STATES ATTORNEY


/s/ Sonah Lee
Sonah Lee
Assistant United States Attorney


**CERTIFICATE OF SERVICE**

I, hereby certify that a copy of the attached affidavit and records were delivered via

facsimile and electronic filing to the attorney for Defendant this 20th day of April 2013.


/s/ Sonah Lee
Sonah Lee
Assistant U.S. Attorney