## AFFIDAVIT

### Case No.:  5:12-CR-1110

William R Wold , certifies and declares as follows:

1. I am over the age of 18 years and not a party to this action.
2. My business address is 7610 West Washington Street, Indianapolis, Indiana 46231.
3. I am a  Document Review Specialist and Custodian of Records for JPMorgan Chase Bank, N.A. in the National Subpoena Processing Department located in Indianapolis, Indiana.
4. Based on my knowledge of JPMorgan Chase Bank, N.A. 's business records practices and procedures, the enclosed records are a true and correct copy of the original documents kept by JPMorgan Chase Bank, N.A. in the ordinary course of business.
5. Based on my knowledge of JPMorgan Chase Bank, N.A. 's business records practices and procedures, the records were made at or near the time of the occurrence of the matters set forth in the records by, or from information transmitted by, a person with knowledge of those matters.
6. It is the regular practice of JPMorgan Chase Bank, N.A. to make such a record of transactions in the ordinary course of business.

I declare under penalty of perjury, under the laws of the State of Indiana, that the foregoing is true and correct.

Dated: 4/15/13

By: William R. Wold

William R Wold
Document Review Specialist

NATIONAL SUBPOENA PROCESSING

Sworn to before me this 15th day of April , 2013

Brandi Henderson
Exp. 2/23/18

Notary Public

OFFICIAL SEAL
BRANDI HENDERSON
NOTARY PUBLIC – INDIANA
MARION COUNTY
My Comm. Expires Feb. 23, 2018

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G27Mar13-1241
Sequence number    Posting date

## CHASE

JPMorgan Chase Bank, N.A.
P O Box 659754
San Antonio, TX 78265-9754

Octubre 25, 2012 a Noviembre 27, 2012
Número De Cuenta:   **000000453158367**

| INFORMACIÓN PARA ATENCIÓN AL CLIENTE | |
| --- | --- |
| Sitio Web: | **Chase.com** |
| Centro de atención al cliente: | **1-800-935-9935** |
| Personas sordas y con problemas de audición: | **1-800-242-7383** |
| Para Español: | **1-877-312-4273** |
| Llamadas internacionales: | **1-713-262-1679** |



00066849 DRE 552 141 33312 YNNYNNNYNNN T  1 000000000 17 0000
LAZARO Y VELIZ
1800 NW 24TH AVE APT 821
MIAMI FL 33125-1255

You will see more information about your ATM deposits on your account statement.
Tracking your ATM deposits will be even easier beginning November 12, 2012. In the
Deposits and Additions section of your statement, you will see the date you made your
deposit (in addition to the date we posted it to your account) and the last four digits of
the card number for each ATM deposit. You will see these changes on all ATM deposits
that post to your account on and after November 12. Please note that any ATM deposit
transactions that post to your account before November 12, 2012 will not show this
additional information and will not be included in the ATM & Debit Card Summary section
at the end of your statement.

If you have questions, please call us at the number on this statement or visit your
nearest branch.

Más información acerca de sus depósitos por cajero automático en su estado de cuenta.
El control de sus depósitos por cajero automático será aún más fácil a partir del 12 de
noviembre de 2012. En la sección Depósitos y adiciones de su estado de cuenta, verá la
fecha en que realizó el depósito (además de la fecha en que se registró en su cuenta)
y los últimos cuatro dígitos del número de su tarjeta en cada depósito de cajero
automático. Usted verá estos cambios en todos los depósitos de cajero automático
que se registren en su cuenta a partir del 12 de noviembre. Recuerde que las
transacciones de depósito en cajero automático que se registren en su cuenta antes
del 12 de noviembre de 2012 no mostrarán esta información adicional.

Si tiene alguna pregunta, llámenos al número que aparece en este estado de cuenta o
visite la sucursal más cercana.

## RESUMEN DE CUENTA DE CHEQUES   Chase Total Checking

| | CANTIDAD |
| --- | --- |
| Saldo inicial | **$4,712.10** |
| Depósitos y Adiciones | 5,236.48 |
| Retiros de cajeros automáticos y compras con tarjeta de débito | - 4,448.19 |
| Comisiones y Otros retiros | - 5,368.00 |
| Saldo final | **$132.39** |

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G27Mar13-1241
Sequence number    Posting date

# CHASE ⬡

Octubre 25, 2012 a Noviembre 27 2012
Número De Cuenta:  000000453158367

## DEPÓSITOS Y ADICIONES

| FECHA | DESCRIPCIÓN | CANTIDAD |
|---|---|---|
| 10/25 | Cash Back From Debit Card Bonus Offers | $0.24 |
| 11/08 | Cash Back From Debit Card Bonus Offers | 0.24 |
| 11/23 | Deposit     437096263 | 5,236.00 |
| **Total de depósitos y adiciones** | | **$5,236.48** |

## RETIROS DE CAJEROS AUTOMÁTICOS Y COMPRAS CON TARJETA DE DÉBITO

| FECHA | DESCRIPCIÓN | CANTIDAD |
|---|---|---|
| 10/25 | Card Purchase          10/23 Versailles Bakery Miami FL Card 0050 | $34.24 |
| 10/25 | Card Purchase          10/24 Miami Bakery Inc Miami FL Card 0050 | 15.73 |
| 10/25 | Card Purchase With Pin  10/24 Walgreens 2700 W Flagl Miami FL Card 0050 | 5.99 |
| 10/25 | Card Purchase With Pin  10/25 Westar Gas Miami FL Card 0050 | 20.00 |
| 10/26 | Card Purchase          10/24 Versailles Bakery Miami FL Card 0050 | 42.45 |
| 10/29 | Card Purchase          10/27 Nw 36th St Stn Miami FL Card 0050 | 20.00 |
| 10/29 | Non-Chase ATM Withdraw  10/27 1 W Flagler St Miami FL Card 0050 | 22.95 |
| 10/29 | Card Purchase With Pin  10/28 Fernandez Amoco Miami FL Card 0050 | 21.60 |
| 10/29 | Card Purchase          10/28 Wendy's #9765 Miami FL Card 0050 | 7.88 |
| 10/29 | ATM Withdrawal          10/29 1400 N.W.17th Ave Miami FL Card 0050 | 20.00 |
| 10/31 | Card Purchase With Pin  10/31 Exxon Medley Medley FL Card 0050 | 7.47 |
| 11/01 | Card Purchase          10/31 Chevron 00356336 Miami FL Card 0050 | 30.00 |
| 11/02 | Card Purchase          11/01 Burger King #13234 Miami FL Card 0050 | 5.61 |
| 11/02 | Card Purchase With Pin  11/02 Westar Gas Miami FL Card 0050 | 15.00 |
| 11/05 | Card Purchase          11/03 Kfc Y309029   13090295 Miami FL Card 0050 | 10.36 |
| 11/05 | ATM Withdrawal          11/04 1400 N.W.17th Ave Miami FL Card 0050 | 40.00 |
| 11/05 | Card Purchase          11/05 Westar Gas Miami FL Card 0050 | 25.00 |
| 11/06 | Card Purchase With Pin  11/06 Pilot #0416 Cordele GA Card 0050 | 160.49 |
| 11/07 | Card Purchase          11/06 Pilot       00006015 Mccalla AL Card 0050 | 7.69 |
| 11/07 | Card Purchase          11/06 Pilot       00006015 Mccalla AL Card 0050 | 200.00 |
| 11/07 | Card Purchase With Pin  11/07 Pilot #0196 Roland OK Card 0050 | 9.12 |
| 11/08 | Card Purchase          11/07 Pilot       00001966 Roland OK Card 0050 | 150.00 |
| 11/08 | Card Purchase          11/07 Love S Country00002956 Chouteau OK Card 0050 | 8.80 |
| 11/08 | Card Purchase With Pin  11/07 Loves Cntry St Chouteau OK Card 0050 | 200.00 |
| 11/08 | Card Purchase          11/07 Love S Country00002956 Chouteau OK Card 0050 | 10.00 |
| 11/08 | Card Purchase With Pin  11/08 Petro #357 New Paris New Paris OH Card 0050 | 296.57 |
| 11/08 | Card Purchase With Pin  11/08 Petro #357 New Paris New Paris OH Card 0050 | 7.69 |
| 11/09 | Card Purchase          11/08 Pilot       00005470 St Robert MO Card 0050 | 300.49 |
| 11/09 | Card Purchase          11/08 Road Ranger #242 St Robert MO Card 0050 | 24.25 |
| 11/09 | Card Purchase          11/09 Ta-Breezewood Breezewood PA Card 0050 | 197.27 |
| 11/09 | Card Purchase With Pin  11/09 Pilot #491 Harrisonburg VA Card 0050 | 13.05 |
| 11/13 | Card Purchase          11/10 Shell Oil 21343220049 Greeneville TN Card 0050 | 5.22 |
| 11/13 | Card Purchase          11/10 Loves Country 00003301 Baxter TN Card 0050 | 4.37 |
| 11/13 | Card Purchase With Pin  11/11 Advance Stores CO IN Goodlettsvill TN Card 0050 | 78.63 |
| 11/13 | Card Purchase          11/11 Los Mariachis Mexican 615-8683114 TN Card 0050 | 50.47 |
| 11/13 | Card Purchase          11/11 Love S Country00002774 Prescott AR Card 0050 | 9.07 |
| 11/13 | Card Purchase          11/12 Chevron 00204892 Boyce LA Card 0050 | 243.91 |

**CHASE** 

Octubre 25, 2012 a Noviembre 27, 2012
Número De Cuenta:  **000000453158367**

| RETIROS DE CAJEROS AUTOMÁTICOS Y COMPRAS CON TARJETA DE DÉBITO | *(continuación)* |
|---|---|

| FECHA | DESCRIPCIÓN | CANTIDAD |
|---|---|---|
| 11/13 | Card Purchase With Pin  11/12 Pilot #0079 Denham Spg LA Card 0050 | 2.00 |
| 11/13 | Card Purchase With Pin  11/13 Pilot #0374 Marianna FL Card 0050 | 6.88 |
| 11/13 | Card Purchase With Pin  11/13 Loves Travel Ocala FL Card 0050 | 7.61 |
| 11/14 | Card Purchase        11/12 Mcdonald's F32164 Caddomills TX Card 0050 | 8.84 |
| 11/14 | Card Purchase        11/12 Pilot      00000794 Denham Spgs LA Card 0050 | 9.25 |
| 11/14 | Card Purchase        11/13 Loves Travel S00003632 Ocala FL Card 0050 | 250.00 |
| 11/14 | Card Purchase        11/13 Loves Travel S00003632 Ocala FL Card 0050 | 1.79 |
| 11/14 | Card Purchase With Pin  11/14 Nnt Oscar Tire Inc 162 Medley FL. Card 0050 | 30.00 |
| 11/15 | Card Purchase        11/14 Miami Star Truck Parts Medley FL Card 0050 | 200.00 |
| 11/15 | Card Purchase        11/14 Egle Cmmrcl Truck Clnin Medley FL Card 0050 | 72.00 |
| 11/15 | Card Purchase        11/14 Meca Truck Chrome Medley FL Card 0050 | 40.55 |
| 11/15 | ATM Withdrawal       11/15 1400 N.W.17th Ave Miami FL Card 0050 | 40.00 |
| 11/15 | Card Purchase With Pin  11/15 Publix Super Mar 9420 Miami FL Card 0050 | 134.66 |
| 11/15 | Card Purchase With Pin  11/15 Westar Gas Miami FL Card 0050 | 30.00 |
| 11/16 | Card Purchase        11/15 Mcdonald's F6477 Hialeah FL Card 0050 | 9.41 |
| 11/16 | Card Purchase With Pin  11/16 Flagler Valero Miami FL Card 0050 | 30.00 |
| 11/16 | ATM Withdrawal       11/16 3349 W. 80th St Hialeah FL Card 0050 | 300.00 |
| 11/16 | Non-Chase ATM Withdraw  11/16 8314 Nw 103 Street Hialeah Garde FL Card 0050 | 42.75 |
| 11/16 | Card Purchase With Pin  11/16 Exxonmobil Hialeah FL Card 0050 | 26.11 |
| 11/16 | Non-Chase ATM Withdraw  11/16 3321 W 80th St Hialeah Garde FL Card 0050 | 42.99 |
| 11/16 | Card Purchase With Pin  11/16 Pilot #873 Miami FL Card 0050 | 3.08 |
| 11/19 | Card Purchase        11/16 Chevron 00356336 Miami FL Card 0050 | 10.00 |
| 11/19 | Card Purchase        11/16 Tommy's Bakery, Corp. Hialeah FL Card 0050 | 29.75 |
| 11/19 | Card Purchase        11/16 Pilot      00008730 Miami FL Card 0050 | 400.00 |
| 11/19 | Card Purchase        11/17 Loves Country 00003798 Lee FL Card 0050 | 170.42 |
| 11/19 | Card Purchase With Pin  11/18 Racetrac139 Gretna LA Card 0050 | 16.13 |
| 11/19 | Card Purchase With Pin  11/19 Flying J #725 Baytown TX Card 0050 | 6.21 |
| 11/20 | Card Purchase        11/19 Loves Travel S00052407 Port Allen LA Card 0050 | 5.77 |
| 11/23 | Card Purchase        11/21 Palmetto Auto Truck Sto Medley FL Card 0050 | 5.00 |
| 11/26 | Card Purchase With Pin  11/24 Castro Malla, I Miami FL Card 0050 | 31.21 |
| 11/26 | Card Purchase        11/24 Kfc Y309029   13090295 Miami FL Card 0050 | 9.83 |
| 11/26 | Card Purchase        11/24 Wendys #2336 Miami FL Card 0050 | 7.36 |
| 11/26 | ATM Withdrawal       11/24 1400 N.W. 17th Avenue Miami FL Card 0050 | 40.00 |
| 11/26 | Card Purchase With Pin  11/25 Westar Gas Miami FL Card 0050 | 20.00 |
| 11/26 | Card Purchase        11/25 Kfc Y309161   13091616 Miami FL Card 0050 | 16.24 |
| 11/26 | Card Purchase With Pin  11/25 Csi-202675/0728 Miami FL Card 0050 | 10.00 |
| 11/26 | Card Purchase With Pin  11/25 Vega Express Miami FL Card 0050 | 60.98 |

**Total de retiros de cajeros automáticos y compras con tarjeta de débito**          **$4,448.19**

04-Apr-13   Case 5:12-cr-01110   Document 48-1   Filed in TXSD on 04/20/13   Page 5 of 22
THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G27Mar13-1241
Sequence number    Posting date

## CHASE ◯

Octubre 25, 2012 a Noviembre 27, 2012
Número De Cuenta   000000453158367

### COMISIONES Y OTROS RETIROS

| FECHA | DESCRIPCIÓN | CANTIDAD |
|-------|-------------|----------|
| 10/29 | Non-Chase ATM Fee-With | $2.00 |
| 11/05 | 11/03 Withdrawal | 450.00 |
| 11/16 | Non-Chase ATM Fee-With | 2.00 |
| 11/16 | Non-Chase ATM Fee-With | 2.00 |
| 11/27 | 11/27 Withdrawal | 4,900.00 |
| 11/27 | Service Fee | 12.00 |
| **Total comisiones y otros retiros** | | **$5,368.00** |

**¿DESEA EVITAR EL CARGO MENSUAL POR SERVICIO EN SU CUENTA DE CHEQUES?**

Se aplicó un Cargo Mensual por Servicio a su cuenta Chase Total Checking. Éstas son las cuatro maneras de evitar este cargo durante cualquier período de estado de cuenta:

- **Teniendo depósitos directos por un total de al menos $500.00.**
  (Usted no tuvo un depósito directo durante este período de estado de cuenta)

  *Uno de nuestros asesores bancarios podrá ayudarle a establecer el servicio de depósito directo en unos cuantos minutos.*

- **O BIEN, manteniendo en su cuenta de cheques un saldo diario mínimo de $1,500.00 o más.**
  (Su saldo diario mínimo fue de $9.00)

  *Nuestras alertas de cuenta pueden ayudarle a mantener el control de su saldo. Establezca las alertas hoy mismo.*

- **O BIEN, manteniendo un saldo promedio que califique de depósitos e inversiones de al menos $5,000.00 o más.**
  (Su saldo promedio que califica, de depósitos e inversiones fue de $3,093.00)

  *Hable con un asesor bancario acerca de cómo transferir saldos a Chase hoy mismo.*

- **O BIEN, al pagar al menos $25.00 en cargos o servicios que califiquen relacionados con esta cuenta de cheques.**
  (Su total pagado de cargos o servicios que califiquen relacionados con una cuenta de cheques fue de $6.00)

**Visite una sucursal hoy mismo y explore todo lo que Chase tiene para ofrecerle.**



CHASE 🔾

Octubre 25, 2012 a Noviembre 27, 2012
Número De Cuenta:  000000453158367



### Vea cómo crecen sus ahorros… comenzando con $125

Abra una nueva cuenta de ahorro* Chase Savings<sup>SM</sup> con un depósito de apertura de al menos $10,000 en dinero nuevo, antes del 31 de diciembre de 2012, y recibirá $125.

Con una cuenta Chase Savings<sup>SM</sup> podrá:

- Hacer transferencias a su cuenta de ahorro en cualquier cajero automático de Chase, por Internet en Chase.com/espanol, o incluso desde su teléfono a través de Chase Mobile®
- Recibir Alertas de Cuenta gratis
- Recibir Protección contra Sobregiros en su cuenta de cheques cuando la vincule con su cuenta de ahorro, para mayor tranquilidad

Además, con un depósito de apertura de al menos $10,000, recibirá $125.

Para recibir esta bonificación, lleve este estado de cuenta y el código de oferta que aparece abajo a la sucursal de Chase más cercana para abrir su nueva cuenta Chase Savings<sup>SM</sup>, hacer el depósito para calificar y recibir la bonificación de $125.

### Apresúrese. La oferta termina el 31 de diciembre de 2012.

**\*Cargo por servicio:** la cuenta de ahorro Chase Savings<sup>SM</sup> no tiene Cargo Mensual por Servicio si usted cumple al menos una de las siguientes condiciones: **Opción 1:** mantiene el saldo diario mínimo de esta cuenta en al menos $300; O BIEN, **Opción 2:** hace una transferencia automática mensual recurrente de su cuenta de cheques de Chase de al menos $25 cada mes; si bien las transferencias que sólo se hacen una vez no califican; O BIEN, **Opción 3:** tiene vinculada una cuenta Chase Premier Plus Checking<sup>SM</sup> o Chase Premier Platinum Checking<sup>SM</sup>. De lo contrario, se aplica un Cargo Mensual por Servicio de $4 en la mayoría de los estados ($5 en el caso de las cuentas abiertas en CA, FL, GA, ID, NV, OR y WA). Nosotros le notificaremos cualquier cambio de los términos o cargos de la cuenta. Para obtener más información, consulte a un asesor bancario o visite chase.com/ahorro.

**Información de la bonificación / cuenta:** oferta válida entre el 1 de noviembre y el 31 de diciembre de 2012. Para calificar para la bonificación : 1) abra una cuenta de ahorro Chase Savings<sup>SM</sup>; Y ADEMÁS 2) deposite al menos $10,000 en un plazo de 10 días después de abrir la cuenta. Este depósito no puede ser dinero que esté en Chase o sus afiliadas ni la bonificación se puede usar como depósito de apertura. Después de recibir su depósito de al menos $10,000, depositaremos la bonificación en su nueva cuenta en un plazo de 10 días hábiles. Tiene un límite de una bonificación relacionada con una cuenta de ahorro personal por año de calendario. La oferta no está disponible para conversiones de cuentas ni en combinación con ninguna otra oferta. La bonificación se considera intereses y se declarará al Servicio de Impuestos Internos (IRS) en un Formulario 1099-INT.

**Cierre de la cuenta:** si su cuenta de ahorro se cierra en un plazo de seis meses, deduciremos la cantidad de la bonificación en el momento del cierre.

Para las cuentas de ahorro **Chase Savings<sup>SM</sup>**, el Rendimiento Porcentual Anual (APY) de todos los saldos está vigente desde el 4 de octubre de 2012 y puede cambiar a discreción de Chase. El APY es de 0.01% para todos los saldos en todos los estados. Las tasas de interés pueden variar y están sujetas a cambio. Además, los cargos pueden reducir las ganancias en esta cuenta.

**Chase Mobile:** Chase no cobra ningún cargo, pero se pueden aplicar cargos por datos y mensajes de texto. Entre esos cargos se incluyen los de su compañía proveedora del servicio de comunicaciones.

**Alertas de cuenta:** Chase no cobra ningún cargo, pero pueden aplicarse cargos por datos y mensajes de texto. Entre esos cargos se incluyen los de su compañía proveedora del servicio de comunicaciones. El envío de alertas puede sufrir retrasos por distintas razones, como las interrupciones en el servicio que afectan a su proveedor de servicio de teléfono, celular o de Internet; fallos tecnológicos y limitaciones en la capacidad de los sistemas.

**Protección contra Sobregiros:** inscríbase con un asesor bancario. Si tiene suficientes fondos disponibles con la Protección contra Sobregiros de Chase, sus fondos serán automáticamente transferidos de su cuenta de ahorro de Chase para cubrir su transacción de sobregiro. Se aplica un Cargo por Transferencia de Protección contra Sobregiros de $10.

**Banker Instructions:**
1. **Eligibility:** Personal savings accounts. Coupon good one time and may not be transferred to others.
2. **Account Opening:** Enter coupon code. Customer has 10 calendar days from account opening to deposit at least $10,000 in new money. 10 business days after this deposit, the bonus will be added into the account.
3. **E-Coupon Receipt:** Print and give to the customer.
Offer Expires: December 31, 2012     Coupon Code: AD2746264R674TV3

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G27Mar13-1241
Sequence number    Posting date

**CHASE** 🔘

Octubre 25, 2012 a Noviembre 27, 2012
Número De Cuenta:  000000453158367

## COMO BALANCEAR SU CHEQUERA

**Nota:** Asegúrese de que el registro de su chequera esté actualizado con todas las transacciones realizadas hasta la fecha, ya sea que estén incluidas en su estado de cuenta o no.

1. Escriba el saldo final que se muestra en este estado de cuenta:     **Paso 1 Saldo:  $_____**

2. Enumere y sume todos los Depósitos y Adiciones (cheques y efectivo) que no figuren en este estado de cuenta:

| Fecha | Cantidad | Fecha | Cantidad | Fecha | Cantidad |
|-------|----------|-------|----------|-------|----------|
| | | | | | |
| | | | | | |
| | | | | | |

**(Sume todas las cantidades en el paso 2)**     **Paso 2 Total:  $_____**

3. Sume el total del paso 2 al saldo del paso 1.     **Paso 3 Total:  $_____**

4. Enumere y sume todos los cheques (que usted ha usado para pagar), retiros de cajeros automáticos, compras realizadas con tarjeta de débito y otros retiros que no figuren en este estado de cuenta.

| Número de cheque o fecha | Cantidad | Número de cheque o fecha | Cantidad |
|--------------------------|----------|--------------------------|----------|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**(Sume todas las cantidades en el paso 4)**     **Paso 4 Total:  $_____**

5. Reste el total del paso 4 del total del paso 3.
El total debe coincidir con el saldo de su chequera:  $_____

EN CASO DE ERRORES O PREGUNTAS SOBRE SUS TRANSFERENCIAS ELECTRONICAS DE FONDOS: Escríbanos a la dirección o llámenos al número de teléfono que aparecen en el frente de este estado de cuenta (para cuentas de negocios, comuníquese con Servicio al cliente) si considera que su estado de cuenta o recibo es incorrecto o si necesita más información sobre una transferencia que aparece en el estado de cuenta o recibo. Debemos recibir su consulta durante los 60 días después de haberle enviado el PRIMER estado de cuenta en el que se detectó el problema o error. Esté preparado para darnos la siguiente información:
- Su nombre y número de cuenta
- La cantidad en dólares del error sospechado
- Una descripción del error o transferencia que le genera dudas, por qué considera que es un error, o por qué necesita más información.

Investigaremos su reclamo y corregiremos cualquier error rápidamente.  Si tardamos más de 10 días hábiles (o 20 días hábiles en el caso de nuevas cuentas), acreditaremos en su cuenta la cantidad que considera errónea para que pueda hacer uso del dinero durante el tiempo que nos tome completar nuestra investigación.

EN CASO DE ERRORES O PREGUNTAS SOBRE TRANSACCIONES NO ELECTRÓNICAS:
Comuníquese inmediatamente con el Banco si su estado de cuenta es incorrecto o si necesita más información sobre alguna transacción no electrónica (cheques o depósitos) en este estado de cuenta.  En caso de que se presente algún error, deberá notificar al banco por escrito durante los 30 días después de haber recibido el estado de cuenta.  Para obtener más detalles, consulte las Reglas y Reglamentos de la Cuenta u otro acuerdo de cuenta pertinente que aplique a su cuenta.

  JPMorgan Chase Bank, N.A. Miembro FDIC

Página 6 de 6

**THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION**
**GROUP ID G27Mar13-1241**
**Sequence number 001570766710  Posting date 23-NOV-12**



**CHASE** ◯

**DEPOSIT/DEPÓSITO**

CHECKING/CHEQUES ☑
SAVINGS/AHORROS ☐
CHASE LIQUID ☐

R/T 500001020

Today's Date/Fecha

Customer Name (Please Print)/Nombre del cliente (en letra de molde)

Sign Here (if cash is received from this deposit)/
Firme aquí (si recibe efectivo de este depósito)
X

Start your account number here/
▼ Empiece su número de cuenta aquí

453158367

TOTAL $

CASH/
EFECTIVO ▶

CHECK/
CHEQUE ▶

TOTAL FROM
OTHER SIDE/
TOTAL DEL REVERSO ▶

SUBTOTAL ▶

LESS CASH/
MENOS EFECTIVO
RECIBIDO ▶

536.00

5236.00

⑆043709626 3⑆ ⑈50000 l0 20⑈

JPMorgan Chase Bank 112305 741743 936850128685

AcctNum: 000000000453158367 Amount: 000000000523600
Xerno: 0437096263 PostDate: 20121123 Sequence: 001570766710
BankNum: 0552 AppCode: 0001 Field4: 0000 ImageStat: 05
UDK: 0552121123001570766710 BOFD: 000000000 CapSRC: BY
TranCode: 000000 RouteTran: 50000102 DocType: 1
EntryNum: 0000005435 ItemType: P

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G27Mar13-1241
Sequence number 001570766711　Posting date 23-NOV-12



AcctNum: 00000200004424247241 Amount: 00000000523600
Serno: 001570766711 PostDate: 20121123 Sequence: 001570766711
BankNum: 0522 AppCode: 0090 Field44: 600 ImageStat: 03
DDR: 05521287123801570766711 BANDO: 074909962 CapSrc: BI
TranCode: 000000 RouteTran: 06700643 DocType: 8
EntryNum: 0000005435 ItemType: P

**THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION**
**GROUP ID G27Mar13-1241**
**Sequence number 004390472673  Posting date 05-NOV-12**

CHASE ⬡   WITHDRAWAL/RETIRO

CHECKING/CHEQUES ☐
SAVINGS/AHORROS ☐
R/T 500001017

Today's Date/Fecha   11/03/12   Customer Name (Please Print)/Nombre del cliente (en letra de molde)   Isaac Veli

If Purchasing a Cashier's Check Provide Payee Name/Si desea comprar un cheque de caja, escribe el nombre del beneficiario aquí

N10260-CH (Rev 07/12)   12320758   08/12

Customer Signature/Firma del cliente
X

Start your account number here /
▼ Empiece su número de cuenta aquí

4 5 3 1 5 8 3 6 7      TOTAL $ 4 5 0        .00

AMOUNT/CANTIDAD

⑈0198776530⑈ ⑆5000010171⑉

```
AcctNum: 000000000453158367 Amount: 000000000045000
Xerpo: 0198776530 PostDate: 20121105 Sequence: 004390472673
BankNum: 0552 AppCode: 0001 Field4: 0000 Imagestat: 05
UDK: 0552121105004390472673 BOFD: 074909962 CapSrc: BY
TranCode: 000000 RouteTran: 50000101  DocType: 8
EntryNum: 0000003516 ItemType: P
```

**THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION**
**GROUP ID G27Mar13-1241**
**Sequence number 002980927794　Posting date 27-NOV-12**

**CHASE**　　**WITHDRAWAL/RETIRO**

CHECKING/CHEQUES ☐
SAVINGS/AHORROS ☐
R/T 500001017

Today's Date/Fecha: 11/29/12
Customer Name: Lazaro Betts Veliz

If Purchasing a Cashier's Check Provide Payee Name:
PC DTVRS -
V 420539842580
exp 07/2021

Customer Signature/Firma del cliente: X

453158367 .　TOTAL $　4900.00

⑈0199123688⑈ ⑇500001017⑈

AcctNum: 00000000453158367　Amount: 000000000490000
Seqno: 0199123688　PostDate: 20121127　Sequence: 002980927794
BankNum: 1552　AppCode: 0001　Plaid47 0000 ImageStat: 05
UDK: 0552121127002980927794　BOFD: 074909962 CapSRC: BY
TranCode: 000000　RouteTran: 50000101　DocType: 8
EntryNum: 0000004187　ItemType: P

04-Apr-13    Case 5:12-cr-01110   Document 48-1    Filed in TXSD on 04/20/13   Page 12 of 22   27Mar13-1241
THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G27Mar13-1241
Sequence number    Posting date

## CHASE 

JPMorgan Chase Bank, N.A.
P O Box 659754
San Antonio, TX 78265 - 9754

Noviembre 28, 2012 a Diciembre 26, 2012
Número De Cuenta   **000000453158367**

| INFORMACIÓN PARA ATENCIÓN AL CLIENTE | |
|---|---|
| Sitio Web: | Chase.com |
| Centro de atención al cliente: | **1-800-935-9935** |
| Personas sordas y con problemas de audición: | 1-800-242-7383 |
| Para Español: | 1-877-312-4273 |
| Llamadas internacionales: | 1-713-262-1679 |

00043158 DRE 552 142 36212 NNNNNNNNNYNN T  1 000000000 37 0000
LAZARO Y VELIZ
1800 NW 24TH AVE APT 821
MIAMI FL 33125-1255

---

## RESUMEN DE CUENTA DE CHEQUES   Chase Total Checking

| | CANTIDAD |
|---|---|
| Saldo Inicial | $132.39 |
| Retiros de cajeros automáticos y compras con tarjeta de débito | - 58.25 |
| Retiros Electrónicos | - 50.00 |
| Comisiones y Otros retiros | - 12.00 |
| Saldo final | $12.14 |

---

## RETIROS DE CAJEROS AUTOMÁTICOS Y COMPRAS CON TARJETA DE DÉBITO

| FECHA | DESCRIPCIÓN | | CANTIDAD |
|---|---|---|---|
| 11/28 | Card Purchase | 11/27 Havana Grill Miami FL Card 0050 | $16.18 |
| 11/29 | Card Purchase | 11/27 Dnc Travel - Georg Houston TX Card 0050 | 12.39 |
| 12/03 | Card Purchase | 11/29 Pump N Shop 110 Laredo TX Card 0050 | 10.00 |
| 12/03 | Card Purchase | 11/29 Pump N Shop 110 Laredo TX Card 0050 | 6.27 |
| 12/07 | Card Purchase | 12/06 Lanoria Conven Store Laredo TX Card 0050 | 6.27 |
| 12/07 | Card Purchase | 12/06 Lanoria Conven Store Laredo TX Card 0050 | 7.14 |
| **Total de retiros de cajeros automáticos y compras con tarjeta de débito** | | | **$58.25** |

---

## RETIROS ELECTRÓNICOS

| FECHA | DESCRIPCIÓN | CANTIDAD |
|---|---|---|
| 12/13 | 12/13 Payment To Chase Card Ending IN 5972 | $50.00 |
| **Total de retiros electrónicos** | | **$50.00** |

Página 1 de 4

04-Apr-13  Case 5:12-cr-01110  Document 48-1  Filed in TXSD on 04/20/13  Page 13 of 22
THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G27Mar13-1241
Sequence number    Posting date



Noviembre 28, 2012 a Diciembre 26, 2012
Número De Cuenta:  000000453158367

## COMISIONES Y OTROS RETIROS

| FECHA | DESCRIPCIÓN | CANTIDAD |
|-------|-------------|---------:|
| 12/26 | Service Fee | $12.00 |
| **Total comisiones y otros retiros** | | **$12.00** |

**¿DESEA EVITAR EL CARGO MENSUAL POR SERVICIO EN SU CUENTA DE CHEQUES?**

Se aplicó un Cargo Mensual por Servicio a su cuenta Chase Total Checking. Éstas son las cuatro maneras de evitar este cargo durante cualquier período de estado de cuenta:

- **Teniendo depósitos directos por un total de al menos $500.00.**
  (Usted no tuvo un depósito directo durante este período de estado de cuenta)

  *Uno de nuestros asesores bancarios podrá ayudarle a establecer el servicio de depósito directo en unos cuantos minutos.*

- **O BIEN, manteniendo en su cuenta de cheques un saldo diario mínimo de $1,500.00 o más.**
  (Su saldo diario mínimo fue de $24.00)

  *Nuestras alertas de cuenta pueden ayudarle a mantener el control de su saldo. Establezca las alertas hoy mismo.*

- **O BIEN, manteniendo un saldo promedio que califique de depósitos e inversiones de al menos $5,000.00 o más.**
  (Su saldo promedio que califica, de depósitos e inversiones fue de $60.00)

  *Hable con un asesor bancario acerca de cómo transferir saldos a Chase hoy mismo.*

- **O BIEN, al pagar al menos $25.00 en cargos o servicios que califiquen relacionados con esta cuenta de cheques.**
  (Su total pagado de cargos o servicios que califiquen relacionados con una cuenta de cheques fue de $0.00)

**Visite una sucursal hoy mismo y explore todo lo que Chase tiene para ofrecerle.**

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G27Mar13-1241
Sequence number    Posting date



**CHASE**

Noviembre 28, 2012 a Diciembre 26, 2012
Número De Cuenta:   000000453158367

### COMO BALANCEAR SU CHEQUERA

**Nota: Asegúrese de que el registro de su chequera esté actualizado con todas las transacciones realizadas hasta la fecha, ya sea que estén incluidas en su estado de cuenta o no**

1. Escriba el saldo final que se muestra en este estado de cuenta:        **Paso 1 Saldo:  $_____**

2. Enumere y sume todos los Depósitos y Adiciones (cheques y efectivo) que no figuren en este estado de cuenta:

| Fecha | Cantidad | Fecha | Cantidad | Fecha | Cantidad |
|-------|----------|-------|----------|-------|----------|
|       |          |       |          |       |          |
|       |          |       |          |       |          |

(Sume todas las cantidades en el paso 2)        **Paso 2 Total:  $_____**

3. Sume el total del paso 2 al saldo del paso 1.        **Paso 3 Total:  $_____**

4. Enumere y sume todos los cheques (que usted ha usado para pagar), retiros de cajeros automáticos, compras realizadas con tarjeta de débito y otros retiros que no figuren en este estado de cuenta.

| Número de cheque o fecha | Cantidad | Número de cheque o fecha | Cantidad |
|--------------------------|----------|--------------------------|----------|
|                          |          |                          |          |
|                          |          |                          |          |
|                          |          |                          |          |
|                          |          |                          |          |
|                          |          |                          |          |

(Sume todas las cantidades en el paso 4)        **Paso 4 Total:  $_____**

5. Reste el total del paso 4 del total del paso 3.
El total debe coincidir con el saldo de su chequera:  $_____

**EN CASO DE ERRORES O PREGUNTAS SOBRE SUS TRANSFERENCIAS ELECTRONICAS DE FONDOS:** Escríbanos a la dirección o llámenos al número de teléfono que aparecen en el frente de este estado de cuenta  (para cuentas de negocios, comuníquese con Servicio al cliente) si considera que su estado de cuenta o recibo es incorrecto o si necesita más información sobre una transferencia que aparece en el estado de cuenta o recibo. Debemos recibir su consulta durante los 60 días después de haberle enviado el PRIMER estado de cuenta en el que se detectó el problema o error. Esté preparado para darnos la siguiente información:
- Su nombre y número de cuenta
- La cantidad en dólares del error sospechado
- Una descripción del error o transferencia que le genera dudas, por qué considera que es un error, o por qué necesita más información.

Investigaremos su reclamo y corregiremos cualquier error rápidamente.   Si tardamos más de 10 días hábiles (o 20 días hábiles en el caso de nuevas cuentas), acreditaremos en su cuenta la cantidad que considera errónea para que pueda hacer uso del dinero durante el tiempo que nos tome  completar nuestra investigación.

**EN CASO DE ERRORES O PREGUNTAS SOBRE TRANSACCIONES NO ELECTRÓNICAS:**
Comuníquese inmediatamente con el Banco si su estado de cuenta es incorrecto o si necesita más información sobre alguna transacción no electrónica (cheques o depósitos) en este estado de cuenta.  En caso de que se presente algún error, deberá notificar al banco por escrito durante los 30 días después de haber recibido el estado de cuenta.  Para obtener más detalles, consulte las Reglas y Reglamentos de la Cuenta u otro acuerdo de cuenta pertinente que aplique a su cuenta.

      JPMorgan Chase Bank, N.A. Miembro FDIC



November 28, 2012 a Diciembre 26, 2012
Número De Cuenta   000000453158367

Esta página se ha dejado en blanco intencionalmente

**Página 4 do 4**

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G27Mar13-1241
Sequence number    Posting date

## CHASE ✦

JPMorgan Chase Bank, N.A.
P O Box 659754
San Antonio, TX 78265-9754

Diciembre 27, 2012 a Enero 25, 2013
Número De Cuenta:  **000000453158367**

| INFORMACIÓN PARA ATENCIÓN AL CLIENTE | |
|---|---|
| Sitio Web: | **Chase.com** |
| Centro de atención al cliente: | **1-800-935-9935** |
| Personas sordas y con problemas de audición: | 1-800-242-7383 |
| Para Español: | 1-877-312-4273 |
| Llamadas internacionales: | 1-713-262-1679 |

00041741 DRE 552 14202613 YYNNNNNNNNN T ⌐ 0x0000000 37 0000
LAZARO Y VELIZ
1800 NW 24TH AVE APT 821
MIAMI FL 33125-1255



**IMPORTANT UPDATES TO THE DEPOSIT ACCOUNT AGREEMENT**

We will be making the following changes to the Deposit Account Agreement for Chase checking and savings accounts, effective March 24, 2013.

We have:
- Added the following language to the Important Definitions section: Debit card transaction: Includes any purchase from a merchant using your ATM card or debit card.
- Modified the agreement to clarify that we will only send one copy of any notice relating to your account, even if the account has more than one owner.
- Revised our Funds Availability Policy. Under Longer Delays May Apply, we describe circumstances where funds may not be available until the seventh business day after the day of deposit. We are deleting the sentence saying that the first $200 from your deposit will be available on the next business day, so if we delay availability in those cases the delay may apply to the full amount of the deposit.

All other terms of your account agreement remain the same. If you have questions about the changes, please call us at the number on this statement or visit your nearest branch.

**ACTUALIZACIONES IMPORTANTES DEL CONTRATO DE CUENTA DE DEPÓSITO**

A partir del 24 de marzo de 2013, vamos a hacer los siguientes cambios en el Contrato de Cuenta de Depósito de las cuentas de cheques y de ahorro de Chase.

Hemos:
- Añadido lo siguiente a la sección Definiciones importantes: Transacción con tarjeta de crédito: Incluye cualquier compra a un comerciante utilizando la tarjeta de cajero automático o la tarjeta de débito.
- Modificado el contrato para clarificar que sólo enviaremos una copia de cada notificación relacionada con su cuenta, aunque la cuenta tenga más de un titular.
- Revisado nuestra Política de Disponibilidad de Fondos. En la sección Es posible que se apliquen demoras más extensas, describimos las circunstancias por las que los fondos pueden no estar disponibles hasta el séptimo día hábil después del día de depósito. Hemos eliminado la frase que decía que los primeros $200 del depósito estarán disponibles al siguiente día hábil; por lo tanto si se demora la disponibilidad en esos casos, la demora podría aplicarse a la cantidad total del depósito.

Los demás términos del contrato de su cuenta permanecen igual. Si tiene alguna pregunta sobre estos cambios, llámenos al número de teléfono que se indica en este estado de cuenta o visite la sucursal más cercana.

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G27Mar13-1241
Sequence number    Posting date

## CHASE ⬡

Diciembre 27, 2012 a Enero 25, 2013
Numero De Cuenta:   000000453158367

### RESUMEN DE CUENTA DE CHEQUES   Chase Total Checking

| | CANTIDAD |
|---|---|
| Saldo inicial | $12.14 |
| Depósitos y Adiciones | 1,216 00 |
| Retiros Electrónicos | - 26 00 |
| Comisiones y Otros retiros | - 1,212 00 |
| Saldo final | -$9.86 |

### DEPÓSITOS Y ADICIONES

| FECHA | DESCRIPCIÓN | CANTIDAD |
|---|---|---|
| 12/31 | Deposit   444916138 | $1,216.00 |
| **Total de depósitos y adiciones** | | **$1,216.00** |

### RETIROS ELECTRÓNICOS

| FECHA | DESCRIPCIÓN | CANTIDAD |
|---|---|---|
| 01/14 | 01/14 Payment To Chase Card Ending IN 5972 | $26.00 |
| **Total de retiros electrónicos** | | **$26.00** |

### COMISIONES Y OTROS RETIROS

| FECHA | DESCRIPCIÓN | CANTIDAD |
|---|---|---|
| 01/02 | 01/02 Withdrawal | $1,200.00 |
| 01/25 | Service Fee | 12.00 |
| **Total comisiones y otros retiros** | | **$1,212.00** |

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G27Mar13-1241
Sequence number    Posting date



Diciembre 27  2012 a Enero 25, 2013
Número De Cuenta   **000000453158367**



**¿DESEA EVITAR EL CARGO MENSUAL POR SERVICIO EN SU CUENTA DE CHEQUES?**

Se aplicó un Cargo Mensual por Servicio a su cuenta Chase Total Checking. Éstas son las cuatro maneras de evitar este cargo durante cualquier período de estado de cuenta:

- **Teniendo depósitos directos por un total de al menos $500.00.**
  (Usted no tuvo un depósito directo durante este período de estado de cuenta)

  *Uno de nuestros asesores bancarios podrá ayudarle a establecer el servicio de depósito directo en unos cuantos minutos*

- **O BIEN, manteniendo en su cuenta de cheques un saldo diario mínimo de $1,500.00 o más.**
  (Su saldo diario mínimo fue de $2.00)

  *Nuestras alertas de cuenta pueden ayudarle a mantener el control de su saldo. Establezca las alertas hoy mismo.*

- **O BIEN, manteniendo un saldo promedio que califique de depósitos e inversiones de al menos $5,000.00 o más.**
  (Su saldo promedio que califica, de depósitos e inversiones fue de $95.00)

  *Hable con un asesor bancario acerca de cómo transferir saldos a Chase hoy mismo.*

- **O BIEN, al pagar al menos $25.00 en cargos o servicios que califiquen relacionados con esta cuenta de cheques.**
  (Su total pagado de cargos o servicios que califiquen relacionados con una cuenta de cheques fue de $0.00)

**Visite una sucursal hoy mismo y explore todo lo que Chase tiene para ofrecerle.**

**CHASE** ◘

Diciembre 27, 2012 a Enero 25, 2013
Número De Cuenta:   000000453158367

## COMO BALANCEAR SU CHEQUERA

**Nota:** Asegúrese de que el registro de su chequera esté actualizado con todas las transacciones realizadas hasta la fecha, ya sea que estén incluidas en su estado de cuenta o no.

1. Escriba el saldo final que se muestra en este estado de cuenta:          **Paso 1 Saldo:  $_____**

2. Enumere y sume todos los Depósitos y Adiciones (cheques y efectivo) que no figuren en este estado de cuenta:

| Fecha | Cantidad | Fecha | Cantidad | Fecha | Cantidad |
|-------|----------|-------|----------|-------|----------|
|       |          |       |          |       |          |
|       |          |       |          |       |          |

(Sume todas las cantidades en el paso 2)                         **Paso 2 Total:  $_____**

3. Sume el total del paso 2 al saldo del paso 1.                 **Paso 3 Total:  $_____**

4. Enumere y sume todos los cheques (que usted ha usado para pagar), retiros de cajeros automáticos, compras realizadas con tarjeta de débito y otros retiros que no figuren en este estado de cuenta.

| Número de cheque o fecha | Cantidad | Número de cheque o fecha | Cantidad |
|--------------------------|----------|--------------------------|----------|
|                          |          |                          |          |
|                          |          |                          |          |
|                          |          |                          |          |
|                          |          |                          |          |
|                          |          |                          |          |

(Sume todas las cantidades en el paso 4)                         **Paso 4 Total:  $_____**

5. Reste el total del paso 4 del total del paso 3.
                              El total debe coincidir con el saldo de su chequera:  $_____

**EN CASO DE ERRORES O PREGUNTAS SOBRE SUS TRANSFERENCIAS ELECTRONICAS DE FONDOS:** Escríbanos a la dirección o llámenos al número de teléfono que aparecen en el frente de este estado de cuenta. (para cuentas de negocios, comuníquese con Servicio al cliente) si considera que su estado de cuenta o recibo es incorrecto o si necesita más información sobre una transferencia que aparece en el estado de cuenta o recibo. Debemos recibir su consulta durante los 60 días después de haberle enviado el PRIMER estado de cuenta en el que se detectó el problema o error. Esté preparado para darnos la siguiente información:
- Su nombre y número de cuenta
- La cantidad en dólares del error sospechado
- Una descripción del error o transferencia que le genera dudas, por qué considera que es un error, o por qué necesita más información.

Investigaremos su reclamo y corregiremos cualquier error rápidamente.   Si tardamos más de 10 días hábiles (o 20 días hábiles en el caso de nuevas cuentas), acreditaremos en su cuenta la cantidad que considera errónea para que pueda hacer uso del dinero durante el tiempo que nos tome  completar nuestra investigación.

**EN CASO DE ERRORES O PREGUNTAS SOBRE TRANSACCIONES NO ELECTRÓNICAS:**
Comuníquese inmediatamente con el Banco si su estado de cuenta es incorrecto o si necesita más información sobre alguna transacción no electrónica (cheques o depósitos) en este estado de cuenta. En caso de que se presente algún error, deberá notificar al banco por escrito durante los 30 días después de haber recibido el estado de cuenta. Para obtener más detalles, consulte las Reglas y Reglamentos de la Cuenta u otro acuerdo de cuenta pertinente que aplique a su cuenta.

   JPMorgan Chase Bank, N.A. Miembro FDIC

**THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION**
**GROUP ID G27Mar13-1241**
**Sequence number 007690864984  Posting date 31-DEC-12**

CHASE ◉                    DEPOSIT/DEPÓSITO          CHECKING/CHEQUES ☐
                                                     SAVINGS/AHORROS ☐
                                                     CHASE LIQUID ☐

Today's Date/Fecha                                   R/T 500001020

Customer Name (Please Print)/Nombre del cliente (en letra de molde)    CASH/EFECTIVO ►

Lazaro Velis.                                        CHECK/CHEQUE ►      1216.—

Sign Here (if cash is received from this deposit)/    TOTAL FROM OTHER SIDE/
Firme aquí (si recibe efectivo de este depósito)      TOTAL DEL REVERSO ►
X
                                                      SUBTOTAL ►
Start your account number here/
▼ Emplee su número de cuenta aquí                     LESS CASH/MENOS EFECTIVO RECIBIDO ►

        453158367.                                    TOTAL $        1216.—

⑆0444916138⑆ ⑈500001020⑈

Fidencio ChaseBank 12345 7894561230MDBMM9DST

AcctNum: 000000000453158367  Amount: 000000000121600
Xerno: 0444916138  PostDate: 20121231  Sequence: 007690864984
BankNum: 0552  AppCode: 0001  Field4: 0000  ImageStat: 05
UDK: 0552121231007690864984  BOFD: 000000000  CapSRC: BY
TranCode: 000000  Routetran: 50000102    DocType: 1
EntryNum: 0000003678  ItemType: D

**THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION**
**GROUP ID G27Mar13-1241**
**Sequence number 007690864985　Posting date 31-DEC-12**

J.J DIRECT FREIGHT INC 000
10001 SW 162 ST
MIAMI , FL 33157
305 263-0327

WACHOVIA BANK, NA
MIAMI FL
63-649/670

1679

12·10·12

PAY TO THE
ORDER OF　LAZARO YUCED VELIS　$ 1.216⁰⁰

mil tociento fiesiseis　　　DOLLARS

MCMO　PAY ROLL

⑈0016791⑈ ⑈067006432⑈ 200004424724 1⑈

AcctNum: 0000020000 4247241  Amount: 000000000121600
Aerns: 0000001679  PostDate: 20121231  Sequence: 007690864985
BankNum: 0522 AppCode: 4090  Field4: 0000  ImageStat: 55
DAN: 05521272 00769086 4985  8060  07490596?  CapSec: B?
TranCode: 00000  RouteTran: 06700643  DocType: 8
EntryNum: 0000003878  ItemType: P

**THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION**
**GROUP ID G27Mar13-1241**
**Sequence number 001170754895  Posting date 02-JAN-13**

CHASE ○                    WITHDRAWAL/RETIRO          CHECKING/CHEQUES ☐
                                                       SAVINGS/AHORROS ☐
                                                       R/T 500001017

WITHDRAWAL/RETIRO

Today's Date/Fecha    Customer Name (Please Print)/ Nombre del cliente (en letra de molde)
01/02/13                        Lazaro Velez

If Purchasing a Cashier's Check Provide Payee Name/Si desea comprar un cheque de caja escriba el nombre del beneficiario aqui

N12063-CH (Rev 01/10)   120068A4  03NZ

                          Customer Signature/Firma del cliente
                          X

Start your account number here/
▼ Emplace su número de cuenta aqui                        AMOUNT/CANTIDAD

453158367              TOTAL $        1200.00

⑈0173673804⑈ ⑆500001017⑆

Return reason: reject items incomplete

AcctNum: 00000000453158367 Amount: 000000000120000
Xerno: 0173673804 PostDate: 20130102 Sequence: 001170754895
BankNum: 0552 AppCode: 0001 Field4: 0000 Imagestat: 05
UDK: 05521301020011170754895 BOFD: 074909962 CapSRC: BY
TranCode: 000000 RouteTran: 50000101   DocType: 8
EntryNum: 0000005893 ItemType: P